UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN LUKE CURTIN,<br>        Plaintiff<br><br>v.<br><br>KILOLO KIJAKAZI,<br>*Acting Commissioner of Social Security*,<br>        Defendant | CIVIL ACTION NO. 4:21-CV-1926<br><br><br>(ARBUCKLE, M.J.) |

## ORDER

In accordance with the accompanying memorandum opinion, it is ORDERED that:

(1) The final decision of the Commissioner is VACATED.

(2) This case is REMANDED to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

(3) Final judgment will be issued in favor of John Luke Curtin by separate order.

(4) The Clerk of Court is DIRECTED to CLOSE this case.

Date: April 12, 2023

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge